**No. 09-8685. John Barnes, Petitioner v. United States.**

559 U.S. 1014, 130 S. Ct. 1900, 176 L. Ed. 2d 379, 2010 U.S. LEXIS 2597.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 09-8686. Ronald Ranker, Petitioner v. Corrections Corporation of America, et al.**

559 U.S. 1015, 130 S. Ct. 1901, 176 L. Ed. 2d 379, 2010 U.S. LEXIS 2650.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-8695. Shannon P. Coryell, Petitioner v. California Department of Corrections, et al.**

559 U.S. 1015, 130 S. Ct. 1941, 176 L. Ed. 2d 379, 2010 U.S. LEXIS 2667.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-8698. Ricardo J. Calderon-Lopez, Petitioner v. Amarilys Budet-Rodriguez, et al.**

559 U.S. 1015, 130 S. Ct. 1901, 176 L. Ed. 2d 379, 2010 U.S. LEXIS 2662.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 09-8699. Steven W. Doane, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

559 U.S. 1015, 130 S. Ct. 1901, 176 L. Ed. 2d 379, 2010 U.S. LEXIS 2712.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-8711. Derek Anthony Damiano, Petitioner v. California.**

559 U.S. 1015, 130 S. Ct. 1902, 176 L. Ed. 2d 379, 2010 U.S. LEXIS 2748.

March 22, 2010. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division Two, denied.

**No. 09-8712. Duane A. Crockett, Petitioner v. Carol Woughter, Superintendent, Mohawk Correctional Facility.**

559 U.S. 1015, 130 S. Ct. 1902, 176 L. Ed. 2d 379, 2010 U.S. LEXIS 2616,

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 09-8720. Brian Keith Smith, Petitioner v. Thomas Simpson, Warden.**

559 U.S. 1015, 130 S. Ct. 1903, 176 L. Ed. 2d 379, 2010 U.S. LEXIS 2649.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.